◼ EUGENE CONNELL, Appellant, v COUNTY OF ROCKLAND et al., Respondents.—Order of the Supreme Court, Rockland County, entered November

30, 1977, affirmed, with one bill of $50 costs and disbursements payable jointly to respondents appearing separately and filing separate briefs, on the opinion of Mr. Justice O'Gorman at Special Term. Hopkins, J. P., Martuscello, Latham and Gulotta, JJ., concur.